Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| **1. Debtor's name** | **IFR Foundation Repair Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Integrity Foundation Repair** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **4 6 – 2 2 9 7 3 4 6** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4800 Benbrook Blvd**<br>Number        Street | Number        Street |
| **Fort Worth, TX 76116**<br>City                State    ZIP Code | City                State    ZIP Code |
| **Tarrant**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number        Street |
| | City                State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **https://ifrdfw.com/** |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | ☐ Partnership (excluding LLP) |
| | ☐ Other. Specify: _____ |

Debtor   **IFR Foundation Repair Inc.**_____          Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

A. *Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. §101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

❑ Tax-exempt entity (as described in 26 U.S.C. §501)

❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
**2  3  8  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

❑ Chapter 7

❑ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ❑ A plan is being filed with this petition.

   ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

❑ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

      District _____ When _____ Case number _____
                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

❑ No

☑ Yes. Debtor **Jeffrey Wayne Marshall**_____   Relationship **Owner**_____

      District **Northern District of Texas**_____   When **8/1/2024**_____
                                                        MM / DD / YYYY

      Case number, if known **24-42711**_____

Debtor  **IFR Foundation Repair Inc.**
         Name

Case number *(if known)*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐   It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

_____

☐   It needs to be physically secured or protected from the weather.

☐   It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐   Other _____

**Where is the property?** _____

Number        Street

_____

_____
City                                          State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.      Insurance agency   _____

Contact name   _____

Phone   _____

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000

☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000           ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion

☐ $50,001-$100,000     ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion

☑ $100,001-$500,000    ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion

☐ $500,001-$1 million  ☐ $100,000,001-$500 million     ☐ More than $50 billion

Debtor   **IFR Foundation Repair Inc.**                                          Case number *(if known)* _____
         Name

**16. Estimated liabilities**

❑ $0-$50,000                    ❑ $1,000,001-$10 million          ❑ $500,000,001-$1 billion
❑ $50,001-$100,000             ❑ $10,000,001-$50 million         ❑ $1,000,000,001-$10 billion
☑ $100,001-$500,000            ❑ $50,000,001-$100 million        ❑ $10,000,000,001-$50 billion
❑ $500,001-$1 million          ❑ $100,000,001-$500 million       ❑ More than $50 billion

---

### Request for Relief, Declaration, and Signatures

WARNING --   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **01/10/2025**
              MM/ DD/ YYYY

**X** **/s/ Jeff Marshall**_____              **Jeff Marshall**_____
Signature of authorized representative of debtor           Printed name

Title _____**President**_____

**18. Signature of attorney**

**X** _____**/s/ Clayton L. Everett**_____   Date **01/10/2025**_____
Signature of attorney for debtor                              MM/ DD/ YYYY

**Clayton L. Everett**_____
Printed name

**Norred Law, PLLC**_____
Firm name

**515 E. Border**_____
Number         Street

**Arlington**_____   **TX**_____   **76010**_____
City                                      State     ZIP Code

**(817) 704-3984**_____   **clayton@norredlaw.com**_____
Contact phone                         Email address

**24065212**_____   **TX**_____
Bar number                       State

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **IFR Foundation Repair Inc.** |

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider_, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dr. Michael Methner and Lisa Methner<br><br>c/o Joe D. Tolbert<br>100 Main Street<br>Fort Worth, TX 76102 | (817) 338-1700 | Judgment | | | | $170,000.00 |
| 2 | 2000 Foundation Products LLC<br><br>1313 W. College Ave.<br>Carrollton, TX 75006 | | Vendor | | | | $28,019.81 |
| 3 | Crosstown Engineering<br><br>6119 Greenville<br>Dallas, TX 75206 | | Vendor | | | | $14,785.00 |
| 4 | JVEP Commerce Centre, LLC<br>PO Box 470978<br>Fort Worth, TX 76147 | (817) 288-3033 | Commercial Rental Agreement | Contingent Unliquidated | | | $3,346.08 |
| 5 | Ford Credit<br><br>c/o Customer Service Center<br>PO Box 35910<br>Cleveland, OH 44135 | | Vehicle Installment Contract | | $42,848.79 | $40,000.00 | $2,848.79 |
| 6 | Ford Credit<br><br>c/o Customer Service Center<br>PO Box 35910<br>Cleveland, OH 44135 | | Vehicle Installment Agreement | | $21,947.72 | $20,000.00 | $1,947.72 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor    **IFR Foundation Repair Inc.**                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **IFR Foundation Repair Inc.**                                    CASE NO

                                                                          CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **01/10/2025**        Signature                                **/s/ Jeff Marshall**
                                                                  Jeff Marshall, President

2000 Foundation Products LLC
1313 W. College Ave.
Carrollton, TX 75006

96th District Court-Tarrant County
100 N Calhoun St
Fort Worth, TX 76196

Attorney General
Texas Attorney General's Ofc
Bankruptcy-Collection Div
Po Box 12548
Austin, TX 78711-2548

Attorney General of the United States
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530

Comptroller of Public Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-Bankruptycy Section
Po Box 13528
Austin, TX 78711-3528

Crosstown Engineering
6119 Greenville
Dallas, TX 75206

Dr. Michael Methner and Lisa Methner
c/o Joe D. Tolbert
100 Main Street
Fort Worth, TX 76102

Ford Credit
c/o Customer Service Center
PO Box 35910
Cleveland, OH 44135

Internal Revenue Service
Special Procedures-Insolvency
Po Box 7346
Philadelphia, PA 19101-7346

JVEP Commerce Centre, LLC
PO Box 470978
Fort Worth, TX 76147

Michael Bernstein
416 S Third Street
Garland, TX 75040-6426

Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010

Pinnacle Bank
PO Box 676
Keene, TX 76059

United States Attorney
Office of the United States Attorney
110 North College Ave. 700
Tyler, TX 75702-0204

United States Trustee
Office of the United States Trustee
110 North College Ave. 300
Tyler, TX 75702-7231

## United States Bankruptcy Court
### Northern District of Texas

In re    **IFR Foundation Repair Inc.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**IFR Foundation Repair Inc.**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____**01/10/2025**_____

Date

_____**/s/ Clayton L. Everett**_____

**Clayton L. Everett**
Signature of Attorney or Litigant
Counsel for _____**IFR Foundation Repair Inc.**_____
**Bar Number: 24065212**
**Norred Law, PLLC**
**Norred Law, PLLC**
**515 E. Border**
**Arlington, TX 76010**
**Phone: (817) 704-3984**
**Email: clayton@norredlaw.com**