NORRED LAW, PLLC
Clayton L. Everett, State Bar No. 24065212
515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| **In re:**<br>**IFR Foundation Repair Inc.**<br>4800 Benbrook Blvd<br>Fort Worth, TX 76116<br>EIN: 46-2297346<br><br>**Debtor** | Case No. 25-40111-elm11<br><br>Chapter 11<br><br>Subchapter V Case |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Subchapter V Amended Plan of Reorganization [ECF No. 57]* was served on January 5, 2026, via USPS First-Class Mail to Dr. Michael Methner at:

4201 County Road 1022
Cleburne, TX 76033-7716

    Respectfully submitted,

    Norred Law, PLLC
    By: /s/ Clayton L. Everett
    Clayton L. Everett
    Texas State Bar No. 24065212
    clayton@norredlaw.com
    515 E. Border Street
    Arlington, Texas 76010
    Telephone: (817)704-3984
    Counsel for Debtor