# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

**In re:**
**IFR Foundation Repair Inc.**
    4800 Benbrook Blvd.
    Fort Worth, TX 76116
    EIN: 46-2297346

**Debtor**

**Case No. 25-40111-elm**

**Chapter 11**

**Subchapter V Case**

## ORDER GRANTING MOTION FOR FINAL DECREE

The Court finds that the estate has been fully administered within the meaning of

Bankruptcy Rule 3022 and that cause exists to close the case:

IT IS ORDERED that:

1. The Motion is GRANTED;
2. The case is CLOSED; and
3. The Court retains jurisdiction as provided in the Confirmation Order.

**# # # END OF ORDER # # #**

Approved as to form by:

Clayton L. Everett
State Bar No. 24065212
Norred Law, PLLC
515 E. Border St. | Arlington, Texas 76010
Telephone: (817) 704-3984
clayton@norredlaw.com
Counsel for the Debtor