IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHREN DISTRICT OF TEXAS

FORT WORTH DIVISION

**FILED**

JUL 1 0 2026

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

IN RE: IFR FOUNDATION REPAIR INC. CASE NUMBER. 25-40111-elm DEBTOR. CHAPTER 11

CREDITOR DR MICHAEL AND LISA METHNER'S EMERGENCY MOTION TO APPOINT A CHAPTER 11 TRUSTEE OR, ALTERNATIVELY, EXAMINER FOR RULE 2004 EXAMINATION, AND RELATED RELIEF.

TO THE HONERABLE EDWARD L. MORRIS:

Creditor Dr. Michael and Lisa Methner ("Movant"), appearing pro se, moves for entry of and order appointing a Chapter 11 trustee under 11 U.S.C. & 1104(a), or alternatively an examiner under U.S.C. & 1104(c) authorizing a Rule 2004 examination, preserving Movant's rights based on defective notice of the & 341 Creditors meeting, and granted relief. In support , Movant states:

1. Movant is a creditor by virtue a state-court judgement entered after jury findings of knowingly and intentionally committed fraud. On September 12, 2024 the state court awarded damages of $170,000 plus 8.25% interest.                              .

2. After entry of that judgement the state court ordered turnover of financial records, and Debtor refused to comply for approximately 14 days before filing this Chapter 11 case on or about December 31, 2024.

3. Movant did nor receive the notice required in a Chapter 11 case, the creditors are entitled to at least 21-days, notice by mail of the meeting of creditors under Fed. R. P. 2002(a)(1), and in this District such notice is served by the debtor in possession or trustee.

4. The failure to provide notice deprived Movant of the opportunity to attend the & 341 meeting, examine Debtor, and timely protect Movant's rights. The & 341 meeting is conducted by the United States Trustee, not the debtor.

5. Debtor's own balance-sheet as of December 31, 2024 reflects entries for "Shareholder" Distribution Loans," "Owners Draw," "Owner's Draw-Watersight – Other," while creditors obligations remain outstanding. The same balance -sheet pages do not reconcile cleanly and warrant immediate independent review.

6. Cause exist to appoint a Chapter 11 trustee under 11 U.S.C. & 1104(a) including fraud, dishonesty, and because appointment interest of creditors and the estate.

7. Alternatively, the Court should appoint and examiner under 11 U.S.C. & 1104(c). Rule 2004 is warranted to obtain bank records, tax returns, ledgers, QuickBooks files, and documents concerning insider transfers, shareholder distributions, owner draws, and the refused turnover order.

WHEREFORE, Movant respectfully request that the Court:

Appoint a Chapter 11 trustee under 11 U.S.C & 1104(a);

Alternatively appoint an examiner 11 U.S.C & 1104(c);

Authorize RULE 2004 examination of Debtor and production of financial records, bank statements, tax returns, ledgers, QuickBooks files and all records concerning shareholder distributions, owner draw, owners, owner draw – Watersite, shareholder distribution

Find the notice of the &341 creditor meeting was defective and untimely.

Preserve the Movant's rights notwithstanding the defective notice

Grant expedited consideration; and grant other and further relief as is just and proper.

Respectfully submitted,


Dr. Michael and Lisa Methner

4201 Co. Rd. Cleburne 76033

817-680-8261

Atomant461@gmail.com

Case 25-40514-elm12  Doc 15   Filed 01/17/25   Entered 01/17/25 16:24:22   Desc Main
Document    Page 1 of 3

# IFR Foundation Repair inc.
# Balance Sheet Standard
### As of December 31, 2024

01/06/25

|  | Dec 31, '24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Pinnacle Bank | 41.194.04 |
| Pinn Payroll | 60.20 |
| **Total Checking/Savings** | 41,254.24 |
| **Accounts Receivable** | |
| Accounts Receivable | -36.911.60 |
| **Total Accounts Receivable** | -36.911.60 |
| **Other Current Assets** | |
| Due to Due From IPR | 6.190.00 |
| IPR Plumbing Repair loan | 10.333.48 |
| Employee A/R | 5.142.50 |
| Pre Paid Payroll Tax | -9.00 |
| Petty Cash | 5,000.99 |
| Construction in Progress | 59,122.17 |
| Undeposited Funds | 32.895.83 |
| **Total Other Current Assets** | 118,675.97 |
| **Total Current Assets** | 123,018.61 |
| **Fixed Assets** | |
| 2023 Ford F-350 9886 2023 | 88.701.44 |
| 2020 FORD F-350 8483 | 80,070.90 |
| 2020 FORD F-350 4922 | 93,942.06 |
| Construction Equipment | 10.292.20 |
| BOB CAT | 63.793.62 |
| 2015 FORD F-350 0353 | 46.664.67 |
| 2016 FORD F-350 4804 | 40.555.86 |
| 2018 FORD F-350 1433 | 49,140.37 |
| 2018 FORD F-350 1174 | 46.226.94 |
| 2018 FORD F-350 2393 | 35,939.40 |
| Office Equipment | 11.910.48 |
| Trailers | 37,324.69 |
| Furniture and Equipment | 12,216.11 |
| Accumulated Depreciation | 53.111.49 |
| Vehicles | 694.89 |
| Buildings and Improvements | 3,577.01 |
| **Total Fixed Assets** | 674,162.13 |
| **Other Assets** | |

Case 25-40111-elm11 Doc 15 Filed 01/17/25 Entered 01/17/25 16:24:22 Desc Main
Document Page 2 of 3

### IFR Foundation Repair Inc.
## Balance Sheet Standard
As of December 31, 2024

| | Dec 31, '24 |
|---|---|
| Chris Marshall/IPR | 89,692.90 |
| **Total Other Assets** | 89,692.90 |
| **TOTAL ASSETS** | 886,873.64 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | -71,180.64 |
| **Total Accounts Payable** | -71,180.64 |
| **Credit Cards** | |
| Home Depot | 16,653.83 |
| Discover | 25,987.11 |
| **Total Credit Cards** | 42,640.94 |
| **Other Current Liabilities** | |
| **Contractor Health Ins Liability** | |
| Contractor Vision/Dental Ins | -3,388.86 |
| Contractor Medical Insurance | -12,516.00 |
| **Total Contractor Health Ins Lia...** | -15,904.86 |
| Direct Deposit Payable | 3,389.31 |
| **Payroll Liabilities** | |
| BCBS | -31,471.89 |
| Federal Taxes (941/944) | -137,520.76 |
| Federal Unemployment (940) | -599.19 |
| Humana | -6,077.08 |
| TX Unemployment Tax | 1,759.94 |
| Payroll Liabilities - Other | -1,370.56 |
| **Total Payroll Liabilities** | -175,279.54 |
| **Total Other Current Liabilities** | -194,573.71 |
| **Total Current Liabilities** | -223,113.41 |
| **Long Term Liabilities** | |
| 2023 Ford F-350 9886 | 68,802.27 |
| FORD CREDIT F-350 8483 | 22,820.63 |
| ALLY 4922 FORD F-350 | 24,147.60 |
| Comm Real Estate Loan 1313 | 40,074.83 |
| LOC Pinnacle Bank 3505 | 310,831.06 |

**IFR Foundation Repair Inc.**

# Balance Sheet Standard

As of December 31, 2024

|  | Dec 31, '24 |
|---|---|
| Total Long Term Liabilities | 456,676.39 |
| Total Liabilities | 243,562.98 |
| Equity |  |
| Shareholder Distributions Loans | -9,444.51 |
| Retained Earnings | 396,803.73 |
| Shareholder Distributions |  |
| Owners contribution | 336,800.84 |
| Owners Draw | -49,850.00 |
| Owners Draw – Watertite | -64,774.44 |
| Shareholder Distributions – Other | -176,863.52 |
| Total Shareholder Distributions | 45,312.88 |
| Net Income | 204,476.06 |
| Total Equity | 637,148.16 |
| TOTAL LIABILITIES & EQUITY | 880,711.14 |