

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 4, 2026**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 25-40111-ELM |
| IFR ROUNDATION REPAIR INC., | § | |
| | § | Chapter 11 (V) |
| Debtor. | § | |

### ORDER DENYING MOTION FOR APPOINTMENT
### OF CHAPTER 11 TRUSTEE OR EXAMINER

On January 10, 2025, IFR Foundation Repair Inc. (the "**Debtor**") initiated this bankruptcy case with the filing of its voluntary petition for relief under chapter 11 of the Bankruptcy Code. *See* Docket No. 1 (the "**Petition**"). Pursuant to the Petition, the Debtor elected to proceed under subchapter V of chapter 11 of the Bankruptcy Code. *See* Petition (part 8 responses).

On September 29, 2025, IFR Foundation Repair Inc. (the "**Debtor**"), the chapter 11 debtor in this case, filed the Debtor's *Subchapter V Amended Plan of Reorganization* [Docket No. 57] (the "**Plan**"). On October 3, 2025, the Court entered an *Order Confirming Debtor's Subchapter V Plan of Reorganization Under [11] U.S.C. § 1191(b)* [Docket No. 60] (the "**Confirmation Order**") pursuant to which the Plan, as modified, was confirmed by the Court.

On July 10, 2026, Dr. Michael and Lisa Methner (collectively, the "**Movants**") filed an *Emergency Motion to Appoint a Chapter 11 Trustee or, Alternatively, Examiner for Rule 2004 Examination, and Related Relief* [Docket Nos. 76 and 77][1] (the "**Motion**"). Pursuant to the

---

[1] For docketing purposes, the Motion was docketed at Docket No. 76 with respect to the request for the appointment of a chapter 11 trustee, and docketed at Docket No. 77 with respect to the alternative request for the appointment of an examiner.

Motion, the Movants request the Court's appointment of a chapter 11 trustee in the bankruptcy case. Alternatively, the Movants request the appointment of an examiner having the right to pursue investigations/examinations pursuant to Bankruptcy Rule 2004. The Movants seek such relief pursuant to 11 U.S.C. § 1104.

There are at least two reasons why the Motion must be denied. First, 11 U.S.C. § 1104 is not applicable in a subchapter V, chapter 11 bankruptcy case. *See* 11 U.S.C. § 1181(a). Second, even if 11 U.S.C. § 1104 were applicable, a request for the appointment of a trustee or examiner must be made prior to confirmation of a plan. *See* 11 U.S.C. § 1104(a) and (c). Here, however, the Plan has already been confirmed by the Confirmation Order.

Thus, for the foregoing reasons, it is hereby:

**ORDERED** that the Motion be and is hereby DENIED in full and in all respects.

# # # END OF ORDER # # #