Michael J. Methner and Lisa Diane Methner, creditors pro se
4201 County Road 1022, Cleburne, TX 76033
Michael 817-580-8261 · Lisa 817-937-1354 · atomant461@gmail.com

FILED
NOV 16 2026
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re IFR Foundation Repair Inc.,
Debtor.

Case No. 25-40111-elm11
Chapter 11, Subchapter V
Main-case motion hearing
Requested date: December 8, 2026

# MAIN MOTION FOR CURE

Creditors' Motion to Enforce Confirmed Plan and Require Class 6 Accounting and Cure

Michael J. Methner and Lisa Diane Methner, each appearing pro se on their own behalf, ask the Court to require IFR Foundation Repair Inc. to provide a verified Class 6 payment accounting and cure any proven delinquency under the confirmed plan. 11 U.S.C. §§ 1141(a), 1142(a)–(b).

## 1. Confirmed Class 6 payment terms

On October 3, 2025, the Court confirmed IFR's amended Subchapter V plan as modified under 11 U.S.C. § 1191(b). The Creditors did not consent to confirmation. The order directs payment of $75,000 to Class 6 over months 1–36 and payment in full of the remaining allowed balance over months 37–60. IFR is the disbursing agent. The Court retained jurisdiction to enforce the plan and order. Main Doc. 60, p. 2 ¶ 9, p. 3 §§ II.A and II.E, and p. 4 § II.I (E06).

Under the amended plan's timing provisions, December 1, 2025 is the first scheduled distribution date if no order changed the effective date or schedule. That schedule yields eleven due dates through October 29, 2026. Main Doc. 57, p. 2 Art. II and p. 4 Art. VI (E05).

## 2. Payment accounting and alleged delinquency

The Creditors have copies of seven checks (E23). IFR's counsel has not made the Class 6 payment ledger available to the Creditors. The check copies show amounts and dates on their face; they do not establish clearance or which installments IFR credited. The Creditors calculate delinquency as Class 6 installments due through the accounting date less verified Class 6 payment credits through that same date. No fixed arrears amount is claimed.

Stale checks. The Creditors report that certain checks in E23 remain unpaid and need to be reissued. This is raised separately for the Court's information. The face amounts of those checks are not added to any delinquency calculation.

## Requested hearing date

If the Court's calendar permits, the Creditors request a separate hearing on this motion in the main bankruptcy case on December 8, 2026, the same day as the trial already set in Adversary No. 25-04033-elm, at a time set by the Court. No hearing on this motion is set.

**3. Relief requested**

**A. Verified accounting.** Within 14 days after entry of the order, require IFR to file and serve a Class 6 accounting verified by a person with knowledge. Require the effective date and governing schedule, each installment's due date and amount, the date, amount and allocation of each effective payment credit, and the overdue balance through the accounting date. Require IFR to serve the Creditors with the supporting disbursement and bank records for any disputed credits.

**B. Cure.** Require IFR to pay any acknowledged overdue amount by the accounting deadline and file and serve proof within three business days after payment. Determine any disputed shortfall and the deadline to cure it after notice and hearing.

Respectfully submitted,

Michael J. Methner, creditor, pro se
4201 County Road 1022
Cleburne, TX 76033
817-580-8261
atomant461@gmail.com

Lisa Diane Methner, creditor, pro se
4201 County Road 1022
Cleburne, TX 76033
817-937-1354
atomant461@gmail.com

**Certificate of Conference**

On November 8, 2026, Michael J. Methner spoke by telephone with Clayton Everett, counsel for IFR, and raised the alleged Class 6 payment default. No agreement was reached during that call. IFR's position on the specific accounting and cure requested is unconfirmed.

__________________ Michael J. Methner

**Certificate of Service**

I certify that on 11/24/2024 I served this motion and accompanying papers on the following recipients by the methods shown.

| | |
|---|---|
| ~~IFR Foundation Repair Inc.~~, ~~Attn. Chief Executive Offic~~er<br>~~4800 Benbrook Bl~~vd., ~~Suite A, Fort Worth, TX 76116~~ | Method<br>__________ |
| Clayton Everett, Norred Law, PLLC, counsel for IFR<br>515 E. Border St., Arlington, TX 76010 | Method<br>__________ |
| Office of the United States Trustee, Region 6<br>1100 Commerce St., Room 976, Dallas, TX 75242 | Method<br>__________ |

__________________ Michael J. Methner